MARTHA HAMPTON, PLAINTIFF-PETITIONER, v. HAMPTON HOLDING COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 31 *N. J. Super.* 80.

*Mr. John P. Holly* for the petitioner.

*Mr. Herman E. Dultz* for the respondents.

October 4, 1954.   Granted.

MATTHEW REEDHEAD, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. J. CARLTON SMITH, DEFENDANT-PETITIONER.

*Mr. Joseph P. Merlino* and *Mr. John A. Hartpence* for the petitioner.

*Messrs. Perlman & Lerner* for the respondents.

October 4, 1954.   Denied.